UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| A. J. PROPERTIES, LLC, | ) |
| | ) |
|     Plaintiff, | ) |
| | )   Civil Action No. |
| v. | )   11-10835-FDS |
| | ) |
| STANLEY BLACK & DECKER, INC., | ) |
| | ) |
|     Defendant. | ) |

MEMORANDUM
TO THE SUPREME JUDICIAL COURT OF MASSACHUSETTS

**SAYLOR, J.**

On April 8, 2013, this Court certified the following question of state law to the Supreme Judicial Court of Massachusetts, pursuant to Supreme Judicial Court Rule 1:03:

> Does the rule of *Quaranto v. Silverman*, 345 Mass. 423, 426-27 (1963), that "the assignment of a debt carries with it every remedy or security that is incidental to the subject matter of the assignment and could have been used or made available to the assignor," extend to a situation where a mortgage and a surety agreement secured an obligation, and both the mortgagor and the surety breached that obligation prior to a written assignment of the mortgage, does the assignee, by operation of law, acquire the right against the surety's receiver for the surety's breach of its obligation?

The parties have indicated that they have recently submitted briefing on this question to the SJC. This Court now writes to inform the SJC that newly discovered evidence, specifically a release executed in May 2003, has prompted the Court to lift the stay on proceedings before it and permit defendant to amend its answer. The Court has not had an opportunity to consider the effect, if any, of the release; nonetheless, there is at least a substantial possibility that this evidence will render the question now before the SJC moot. Accordingly, the Court hereby

advises the SJC that it need not expend resources to address the question at this time.  The SJC may wish to request that this Court withdraw the certified question or dismiss the matter pending before it without prejudice to its renewal should this Court find it necessary.  Alternatively, the SJC may wish to refrain from considering the question and await this Court's action after the answer has been amended and the expected summary judgment motion has been filed.

      The Clerk of the Court is directed to forward to the Supreme Judicial Court, under official seal, copies of this Memorandum and any other part of the record of this case that was not previously so forwarded.

**So Ordered.**

      /s/ F. Dennis Saylor
      F. Dennis Saylor IV
      United States District Judge

Dated:  August 7, 2013